UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE:

| | | |
|---|---|---|
| POSITIONING UNIVERSAL INC., | : | |
| Plaintiff, | : | Court No. 25-00233 |
| v. | : | |
| UNITED STATES, | : | |
| Defendant. | : | |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Marcella Powell, hereby enters her appearance as attorney of record for the United States, defendant, in the above-captioned action, and requests that all papers in connection therewith be referred to her attention.

                                         Respectfully submitted,

                                         BRETT A. SHUMATE
                                         Assistant Attorney General
                                         Civil Division

                                         PATRICIA M. McCARTHY
                                         Director

BY:    <u>/s/ Justin R. Miller</u>
             JUSTIN R. MILLER
             Attorney-in-Charge
             International Trade Field Office

                     <u>/s/ Marcella Powell</u>
                     MARCELLA POWELL
                     Senior Trial Counsel
                     Department of Justice, Civil Division
                     Commercial Litigation Branch
                     26 Federal Plaza, Room 346
                     New York, New York 10278
                     Attorneys for Defendant
Dated:  November 14, 2025       (212) 264-1873 or 9230